ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EVGENII BABIN, et al.

Plaintiff,

v.

BONDI[1] et al.

Defendants.

CASE NO. 2:26-cv-0882 WBS JDP

JOINT STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiffs do not oppose this request. This action seeks relief under the Administrative Procedures Act relating to the filing of Forms I-589 Application for Asylum ("Applications").

Defendant USCIS has scheduled for October 26th the interview of the principle applicant, Evgenii Babin; this request requires this Plaintiff to bring evidence relating to all of the subject Applications. This interview and review of the requested evidence is necessary for the agency to continue the adjudicatory process. Given this status and in the interest of allowing the process to continue, the parties hereby request an extension of time for Defendants to file a responsive pleading for approximately sixty (60) days. The parties further request that all other pending deadlines and proceedings be similarly extended.

[1] In accordance with Fed. R. Civ. P. 25(d), the current holder of the office named in the complaint is substituted for the original defendant.

Based on the foregoing, the new date for Defendants to file an answer or other responsive pleading is November 27, 2026. The Initial Scheduling Conference is reset for January 11, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: September 28, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: *<u>/s/ Catherine J. Swann</u>*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

DATED: September 28, 2026

By: *<u>/s/ Nathanial L. Nicholl (as authorized on September 28, 2026)</u>*
NATHANIAL L. NICOLL
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: September 29, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE